(Rev. 10/2002) General Document

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: _____

KAZEY ROKKA
_____

**Plaintiff(s)**

v. Sergentent Chamucho and
Detective: SZUSTER ID: 179 -
_____
_____
225 Washington Ave Miami Beach Fl 33139

**Defendant(s)**        (305) 225-1155

**Complain**

Did not make nothing that I was rape no
Answer, or call me about the case

*(TITLE OF DOCUMENT)*

FILED BY ___ D.C.
DEC 18 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

I, KAZEY ROKKA, plaintiff or defendant, in the above styled cause,
was rape at my apt at 7780 Tatum Waterway DR Apt 6
Miami Beach, I take a taxi and went to South Miami Court
at ??? to Hospital at The Mount Sinai at 330 Alton
Road from there Det. Piedra take me to The Jackson Hospital
from there he stay with me all the time then come Det
SZUSTER (ID 179) she went where I live to see what
happen, she say that I was not rape and I have
prove of the rape. Then she Det SZUSTER told, Det Piedra
that I was rape, I was in N.Y.C. in the Hospital that
had to be confidential. But I had a Problem with
Sexu??? I was rob at the Storage at 330 69 51
But The Det Oliva E-ID 737- Case 2018-105-741
Burgery did not make the report. So my daughter
call from N.YC to see if something was Happened
in my apartment, Then they put her in the

(Rev. 10/2002) General Document

respect Ch; from there Sergent Camacho told my daughter that peet's sister say that I was crazy and I was in the hapital when he call me Daughter came everyone live at 21 East 3rd St. Apt 2-A new york city, N.Y. 10003
I have the report and it does not say nothing

Address 225 Washington Ave Miam Beach Fl 33139 - Phone (305) 2 751155

**Certificate of Service**

I Kazey Rukka Kazeyrukka , certify that on this date 12/23/2020 a true copy of the foregoing document was mailed to: P.O. Box 415633 Miami
                                                                    name(s) and address(es)
555 Washeton Court south miami

By:
KAZEY ROKKO
Printed or typed name of Filer

KAZEY RUKKA
Signature of Filer

Florida Bar Number
786-444-2043
Phone Number
P.O. Box 415633
Street Address
Miami Beach Fl 33141
City, State, Zip Code

E-mail address

Facsimile Number